UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICHAI SALY,<br><br>            Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>            Respondent. | CASE NO. C20-5768 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's petition for habeas corpus, Dkt. 5, is **DENIED** and **DISMISSED with prejudice**;

    (3)    A certificate of appealability is **DENIED**; and

    (4)    The Clerk shall enter JUDGMENT and close this case.

\
\

1   Dated this 27th day of December, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2